UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AIRELL JOSHUA THOMAS SAWYER, | Case No. 3:16-cv-00627-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Petitioner has filed a request for leave to file a second amended petition (ECF No. 11) and a corrected motion for leave to file a second amended petition (ECF No. 13). The Court denies the first motion as moot because the second motion supersedes it. The Court grants petitioner's second motion.

It is therefore ordered that petitioner's request for leave to file a second amended petition (ECF No. 11) is denied as moot.

It is further ordered that petitioner's corrected motion for leave to file a second amended petition (ECF No. 13) is granted. Petitioner will have ninety (90) days from the date of entry of this order to file and serve a second amended petition for a writ of habeas corpus.

DATED THIS 8th day of February 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE