UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AIRELL JOSHUA THOMAS SAWYER,<br><br>Petitioner,<br>v.<br><br>WARDEN BAKER, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00627-MMD-WGC<br><br>ORDER |

Respondents having filed two motions for enlargement of time (first request) (ECF No. 30, 31), and good cause appearing, it is therefore ordered that respondents' motions for enlargement of time (first request) (ECF Nos. 30, 31) are granted. Respondents will have through March 2, 2018, to file and serve responses to the motion for leave to conduct discovery (ECF No. 27) and the motion for evidentiary hearing (ECF No. 29).

DATED THIS 1st day of February 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE