UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AIRELL JOSHUA THOMAS SAWYER,<br><br>Petitioner,<br>v.<br>WARDEN BAKER*, et al.*,<br><br>Respondents. | Case No. 3:16-cv-00627-MMD-WGC<br><br>ORDER |

Three motions are before the Court. First is Petitioner's motion for leave to file second amended petition under seal (ECF No. 23). The Court is reluctant to have the operative pleading of this action under seal, but the Court accepts Petitioner's representations that the petition contains information under seal in the state courts. Petitioner is willing to file a public version of the second amended petition with the sealed information redacted, and the Court will direct Petitioner to do that.

Second is Petitioner's motion for leave to conduct discovery and for court order to obtain documents and conduct depositions (ECF No. 27), Respondents' opposition (ECF No. 34), and Petitioner's reply. The Court finds that Petitioner has shown good cause to conduct the discovery. Respondents' concerns about the admissibility of evidence gained from this discovery may be addressed later, when and if it becomes an issue.

Third is Petitioner's motion for an evidentiary hearing (ECF No. 29), Respondents' opposition (ECF No. 33), and Petitioner's reply (ECF No. 36). The Court agrees with Respondents that the motion is premature. The Court will deny the motion without prejudice to renewing it at a later point in the proceedings.

It is therefore ordered that Petitioner's motion for leave to file second amended petition under seal (ECF No. 23) is granted. Petitioner must file a public version of the second amended petition, with all confidential information redacted, within thirty (30) days of entry of this order.

It is further ordered that Petitioner's motion for leave to conduct discovery and for court order to obtain documents and conduct depositions (ECF No. 27) is granted. Discovery must be completed within ninety (90) days from the date on which this order is entered. Petitioner will have thirty (30) days from the completion of discovery to file and serve any appropriate motion.

It is further ordered that Petitioner's motion for an evidentiary hearing (ECF No. 29) is denied without prejudice.

DATED THIS 24th day of September 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE