UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AIRELL JOSHUA THOMAS SAWYER,<br><br>                Petitioner,<br>    v.<br><br>WARDEN BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:16-cv-00627-MMD-WGC<br><br>ORDER |

    Petitioner has filed an unopposed motion for extension of time in which to complete discovery (third request) (ECF No. 58), which the Court finds there is good cause to grant.

    It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 58) is granted. Discovery must be complete by July 13, 2020.

    DATED THIS 15th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE