UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AIRELL JOSHUA THOMAS SAWYER, | Case No. 3:16-cv-00627-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Petitioner has filed an unopposed motion for extension of time in which to complete discovery (fourth request), which the Court finds good cause to grant.

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 65) is granted.  Discovery must be completed by October 12, 2020.

DATED THIS 21st day of July 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE