UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

AIRELL JOSHUA THOMAS SAWYER,

Petitioner,

v.

WARDEN BAKER, *et al.*,

Respondents.

Case No. 3:16-cv-00627-MMD-WGC

ORDER

Petitioner Airell Sawyer has filed an unopposed motion for extension of time to complete discovery (fifth request), which the Court finds good cause to grant.

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 68) is granted. Discovery must be completed by January 11, 2021.

DATED THIS 13th Day of October 2020.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE