UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AIRELL JOSHUA THOMAS SAWYER,<br><br>　　　　　　　Petitioner,<br>　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:16-cv-00627-MMD-WGC<br><br>ORDER |

Petitioner Airell Sawyer has filed an unopposed motion for an extension of time to complete discovery. (ECF No. 70.) This is Petitioner's sixth request. The Court finds good cause to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time to complete discovery (ECF No. 70) is granted. Discovery must be completed by April 12, 2021.

DATED THIS 11th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE