1
2
3          UNITED STATES DISTRICT COURT
4              DISTRICT OF NEVADA
5                    * * *
6    AIRELL JOSHUA THOMAS SAWYER,          Case No. 3:16-cv-00627-MMD-WGC
7                        Petitioner,                    ORDER
        v.
8
     WARDEN BAKER, *et al.*,
9
                       Respondents.
10

11         Petitioner Airell Sawyer has filed an unopposed motion for extension of time to

12   complete discovery. (ECF No. 72.) This is Sawyer's seventh request. The Court finds

13   good cause to grant the motion.

14         It is therefore ordered that Sawyer's unopposed motion for extension of time to

15   complete discovery (ECF No. 72) is granted. Discovery must be complete by July 12,

16   2021.

17         DATED THIS 16th Day of April 2021.

18
19
20         _____
           MIRANDA M. DU
21         CHIEF UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28