# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AIRELL JOSHUA THOMAS SAWYER,<br><br>　　　　　　Petitioner,<br>　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:16-cv-00627-MMD-WGC<br><br>ORDER |

Petitioner Airell Sawyer has filed an unopposed motion for extension of time in which to complete discovery. (ECF No. 74.) This is Sawyer's eighth request. The Court finds good cause to grant the motion.

It is therefore ordered that Sawyer's unopposed motion for extension of time to complete discovery (ECF No. 74) is granted. Discovery must be complete by October 12, 2021.

DATED THIS 15th Day of July 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE