UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| AIRELL JOSHUA THOMAS SAWYER, | Case No. 3:16-cv-00627-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, et al., | |
| Respondents. | |

Respondents have filed an unopposed first motion for extension of time (ECF No. 86) to file a response to Petitioner Airell Joshua Thomas Sawyer's 28 U.S.C. § 2254 third-amended habeas corpus petition (ECF No. 85). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' motion for extension of time (ECF No. 86) to file a response to Sawyer's third-amended petition (ECF No. 85) is granted. The deadline to file a response is September 6, 2022.

DATED THIS 12th Day of May 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE