UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AIRELL JOSHUA THOMAS SAWYER,<br><br>Petitioner,<br><br>v.<br><br>WARDEN BAKER, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00627-MMD-CSD<br><br>ORDER |

Respondents have filed an unopposed second motion for extension of time to file a response to Petitioner Airell Joshua Thomas Sawyer's 28 U.S.C. § 2254 third-amended habeas corpus petition. (ECF No. 88.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' motion for extension of time to file a response to the third-amended petition (ECF No. 88) is granted. The deadline to file the response is extended to October 21, 2022. The Court is unlikely, absent extraordinary circumstances, to grant any further extensions.

DATED THIS 6th Day of September 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE