UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AIRELL JOSHUA THOMAS SAWYER,<br><br>Petitioner,<br>v.<br><br>WARDEN BAKER, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00627-MMD-CSD<br><br>ORDER |

Respondents seek an extension of time to file a response to Airell Joshua Thomas Sawyer's 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 101.) The Court finds the request is made in good faith and not for the purposes of delay, and therefore, good cause exists to grant the extension.

It is therefore ordered that Respondents' unopposed motion for extension of time to file a response to the petition (ECF No. 101) is granted *nunc pro tunc*. The deadline is extended to October 17, 2025.

DATED THIS 6th Day of October 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE