UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AIRELL JOSHUA THOMAS SAWYER, | Case No. 3:16-cv-00627-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Petitioner Airell Joshua Thomas Sawyer seeks an extension of time to file his opposition to Respondents' motion to dismiss. (ECF No. 124.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's first unopposed motion to extend (ECF No. 124) is granted. Petitioner has until February 6, 2026, to file his opposition.

DATED THIS 3rd Day of February 2026.

_____

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE