UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

AIRELL JOSHUA THOMAS SAWYER,

Petitioner,

v.

WARDEN BAKER, *et al.*,

Respondents.

Case No. 3:16-cv-00627-MMD-CSD

ORDER

Respondents seek an extension of time to file their reply in support of their motion to dismiss and an extension of time to file their opposition to Petitioner's motion for evidentiary hearing. (ECF Nos. 129, 130, 131, 132.) The Court finds that the requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

It is therefore ordered that Respondents' first unopposed motions to extend (ECF Nos. 129, 130) are granted *nunc pro tunc*.

It is further ordered that Respondents' second unopposed motion to extend (ECF No. 131) is granted. Respondents have until April 29, 2026, to file their reply.

It is further ordered that Respondents' second unopposed motion to extend (ECF No. 132) is granted. Sawyer has until May 1, 2026, to file his opposition to Petitioner's motion for evidentiary hearing.

DATED THIS 14th Day of April 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE