UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

AIRELL JOSHUA THOMAS SAWYER,

Petitioner,

v.

WARDEN BAKER, *et al.*,

Respondents.

Case No. 3:16-cv-00627-MMD-CSD

ORDER

Respondents seek an extension of time to file their answer. (ECF No. 141.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' first unopposed motion to extend (ECF No. 141) is granted. Respondents have until November 23, 2026, to file their answer.

DATED THIS 29th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE